IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD EDWARD HAVENS                                              PLAINTIFF

v.                              No. 3:15-cv-355-DPM

GARY HENRY, Detective, Trumann
Police Department; and TRUMANN
POLICE DEPARTMENT                                                 DEFENDANTS

ORDER

Havens hasn't moved to lift the stay; and the time to do so has passed. № 5 at 2. The Court therefore lifts the stay and will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 November 2016