# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DONALD EDWARD HAVENS**                                    **PLAINTIFF**

v.                         No. 3:15-cv-355-DPM

**GARY HENRY, Detective, Trumann**
**Police Department; and TRUMANN**
**POLICE DEPARTMENT**                                       **DEFENDANTS**

## JUDGMENT

Havens's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2016